JUDGE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR06-5455FDB |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS' DEADLINE |
| EARL MORRISHOW, JR., | ) | |
| Defendant. | ) | |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, and the Defendant's Waiver of Speedy Trial Rights, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, and that failure to grant the requested continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, therefore,

//

//

//

//

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE AND
PRETRIAL MOTIONS' DEADLINE            1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710

1 | //

2 | IT IS HEREBY ORDERED that the trial in this matter be continued to November 13, 2006, with a pretrial motions' deadline of September 15, 2006, and a Pretrial Conference scheduled for November 3, 2006.

The period of delay resulting from this continuance of the trial date from September 18, 2006, up to and including the new trial date of November 13, 2006 is hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h)(8)(A) and (B).

DONE this 16th day of August, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

 /s/
MIRIAM F. SCHWARTZ
Attorney for Defendant


 /s/
KENT Y. LIU
Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE AND
PRETRIAL MOTIONS' DEADLINE            2

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE AND
PRETRIAL MOTIONS' DEADLINE         3

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**