**HONORABLE JUDGE BURGESS**

IN THE UNITED STATES DISTRICT COURT WESTERN DISTRICT
OF WASHINGTON AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | NO. CR06-5455FDB |
| vs. | ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |
| EARL MORRISHOW, Jr., | ) | |
| Defendant. | ) | |

Upon stipulation of the parties to continue the trial date and the pretrial motions deadline in the above-captioned case, and the Defendant's Waiver of Speedy Trial Rights, the Court having considered the same and being of the opinion that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public and the defendant in a more speedy trial within the meaning of 18 U.S.C. 3161(h)(8)(B)(ii).

IT IS HEREBY ORDERED that the trial in this matter be continued from the current trial date of November 13, 2006 to the new trial date of February 5, 2007 at 9:00 a.m. with a pretrial motions' deadline of November 22, 2006.

//
//
//

ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL DATE AND PRETRIAL MOTIONS'
DEADLINE
PAGE 1

H:\Criminal Cases\trial cont orders\morrishow trial order.wpd

**Karen L. Unger, P.S.**
**Attorney at Law**
332 E. 5th, Suite 100
Port Angeles, WA 98362
(360) 452-7688

The period of delay resulting from this continuance of the trail date from November 13, 2006, up to and including the new trial date of February 5, 2007, is hereby excluded for speedy trial purposes under 18 U.S.C. section 316(h)(8)(A) and (B).

Done this 1st day of November, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

 /s/ Karen L. Unger
KAREN L. UNGER
Attorney for Defendant

 /s/ Kent Liu
 KENT Y. LIU
Assistant United State Attorney

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS' DEADLINE
PAGE 2

H:\Criminal Cases\trial cont orders\morrishow trial order.wpd

**Karen L. Unger, P.S.**
**Attorney at Law**
332 E. 5th, Suite 100
Port Angeles, WA 98362
(360) 452-7688