**HONORABLE JUDGE BURGESS**

IN THE UNITED STATES DISTRICT COURT WESTERN DISTRICT
OF WASHINGTON AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | NO.  CR06-5455FDB |
| | ) | |
| vs. | ) | ORDER GRANTING STIPULATED |
| | ) | MOTION TO CONTINUE TRIAL DATE |
| EARL MORRISHOW, Jr., | ) | AND PRETRIAL MOTIONS DEADLINE |
| Defendant. | ) | |
| _____ | ) | |

Upon stipulation of the parties to continue the trial date in the above-captioned case, the records and files herein, the Court having considered the same and being of the opinion that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public and the defendant in a more speedy trial within the meaning of 18 U.S.C. 3161(h)(8)(B)(ii).

IT IS HEREBY ORDERED that the trial in this matter be continued from the current trial date of February 5, 2007, to the new trial date of March 26, 2007 at 9:00 a.m. with a pretrial motions' deadline of February 20, 2007.

//
//
//

---

ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL DATE AND PRETRIAL MOTIONS'
DEADLINE
PAGE 1

H:\Criminal Cases\trial cont orders\morrishow trial order.wpd

**Karen L. Unger, P.S.**
**Attorney at Law**
332 E. 5th, Suite 100
Port Angeles, WA 98362
(360) 452-7688

The period of delay resulting from this continuance of the trail date from February 5, 2007, up to and including the new trial date of March 26, 2007, is hereby excluded for speedy trial purposes under 18 U.S.C. section 316(h)(8)(A) and (B).

Done this 31st day of January, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Karen L. Unger
KAREN L. UNGER
Attorney for Defendant

/s/ Kent Liu
KENT Y LIU
Assistant United States Attorney

/s/ Kent Liu
KENT Y. LIU
Assistant United State Attorney

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS' DEADLINE
PAGE 2

H:\Criminal Cases\trial cont orders\morrishow trial order.wpd

**Karen L. Unger, P.S.**
**Attorney at Law**
332 E. 5th, Suite 100
Port Angeles, WA 98362
(360) 452-7688