**HONORABLE JUDGE BURGESS**

UNITED STATES DISTRICT COURT WESTERN DISTRICT
OF WASHINGTON AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | NO.  CR06-5455FDB |
| | ) | |
| vs. | ) | ORDER GRANTING MOTION |
| | ) | TO CONTINUE |
| EARL MORRISHOW, Jr., | ) | SENTENCING DATE |
| Defendant. | ) | |
| _____) | | |

    Upon stipulation of the parties to continue the date for sentencing in the above-captioned case, the

Court finds that such a continuance would serve the ends of justice; therefore,

    IT IS HEREBY ORDERED that the sentencing in this matter be continued to September 14, 2007.


    Done this 31st day of May, 2007.



_____

FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT JUDGE


Presented by:


 /s/ Karen L. Unger

KAREN L. UNGER

Attorney for Defendant

_____

ORDER MOTION TO CONTINUE SENTENCING DATE
PAGE 1

C:\Documents and Settings\rmiller\Local Settings\Temp\notesE1EF34\ordercontiningsentence.wpd

**Karen L. Unger, P.S.**
**Attorney at Law**
332 E. 5th, Suite 100
Port Angeles, WA 98362
(360) 452-7688